### 3454.  CHASTAIN *v.* THE STATE.

RUSSELL, J.  The evidence amply authorized the verdict, the charge was free from prejudicial error, and no sufficient ground for reversal appears.
                                        *Judgment affirmed.*
                    DECIDED NOVEMBER 7, 1911.

Indictment for assault with intent to murder; from Grady superior court—Judge Frank Park.  April 12, 1911.

*Theodore Titus, M. L. Ledford,* for plaintiff in error.
*W. E. Wooten, solicitor-general, F. A. Hooper,* contra.